**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Northwest Bancorporation of Illinois, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Hershenhorn Bancorporation, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-2960422** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **300 East Northwest Highway**<br>**Palatine, IL 60067** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **N/A**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Northwest Bancorporation of Illinois, Inc.**                                    Case number (*if known*) _____
    Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5511**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Northern District of Illinois, Eastern Division** | When | **4/29/15** | Case number | **15-15245** | |
| District | _____ | When | _____ | Case number | _____ | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

---

Debtor    **Northwest Bancorporation of Illinois, Inc.**                           Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  __Northwest Bancorporation of Illinois, Inc.__                            Case number (*if known*)  _____
        Name

<table>
<tr><td>■</td><td>Request for Relief, Declaration, and Signatures</td></tr>
</table>

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 2, 2021__
             MM / DD / YYYY

X __James M. Kane__                              James Kane
  Signature of authorized representative of debtor    Printed name

Title   __Attorney for the Company__

**18. Signature of attorney**

X __/s/Michael P. O'Neil__                         Date __July 2, 2021__
  Signature of attorney for debtor                      MM / DD / YYYY

__Michael P. O'Nell__
Printed name

__Taft Stettinius & Hollister LLP__
Firm name

__111 East Wacker, Suite 2800__
__Chicago, IL 60601__
Number, Street, City, State & ZIP Code

Contact phone  __(312) 527-4000__          Email address  __moneil@taftlaw.com__

__(ARDC #6194470) IL__
Bar number and State

## WRITTEN CONSENT TO RESOLUTIONS
## OF THE BOARD OF DIRECTORS OF
## NORTHWEST BANCORPORATION OF ILLINOIS, INC.

The undersigned, being all of the members of the Board of Directors of Northwestern Bancorporation of Illinois, Inc., an Illinois corporation (the "Company"), hereby unanimously consent to the following actions to be taken by the Company, in lieu of a special meeting of the Board of Directors:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, and its creditors, equity holders and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11, of the United States Bankruptcy Code (the "Code").

FURTHER RESOLVED, that James Kane as attorney for the Company ("Kane"), is hereby authorized and directed to execute and file all other petitions, statement of affairs, schedules, applications, motions, lists and any other papers and to take any and all action that he deems necessary and proper in connection with the Chapter 11 case, and in that connection to retain and employ legal counsel and other professionals as he deems necessary and proper, with a view to the successful pursuit of the Chapter 11 case.

FURTHER RESOLVED, that subject to Kane having made the determination provided in the foregoing resolutions, the Company will employ the law firm of Taft Stettinius & Hollister LLP ("Taft") to serve as counsel for the Company in connection with the Chapter 11 case and also will employ the firm of Janney Montgomery Scott, LLC ("Janney") to serve as investment banker for the Company.

FURTHER RESOLVED, that subject to Kane having made the determination provided in the foregoing resolutions, the Company will instruct Janney to market for sale (subject to Bankruptcy Court approval) the Company's primary asset, being all of the issued and outstanding shares of First Bank and Trust Company of Illinois.

FURTHER RESOLVED, that all digitally transmitted signatures of this Written Consent shall be treated as original signatures for all purposes and this Written Consent may be executed in multiple counterparts, each of which shall be an original and all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to Resolutions of the Members as of the 30th day of June, 2021, thereby agreeing that the foregoing resolutions shall be of the same force and effect as if adopted at a meeting of the Members of the Board of Directors held upon due notice.

1

Robert Hershenhorn

_____

Alan Wallach

*[Signature Page to Written Consent to Resolutions of
the Board of Directors of Northwest Bancorporation of Illinois, Inc.]*

_____
Robert Hershenhorn


_____
Alan Wallach


*[Signature Page to Written Consent to Resolutions of
the Board of Directors of Northwest Bancorporation of Illinois, Inc.]*

2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Northwest Bancorporation of Illinois, Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td colspan="2">Case number (if known) _____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

\_\_\_\_   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

\_\_\_\_   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

\_\_\_\_   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

\_\_\_\_   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

\_\_\_\_   *Schedule H: Codebtors* (Official Form 206H)

\_\_\_\_   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

\_\_\_\_   Amended *Schedule* _____

**X**   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

\_\_\_\_   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 2, 2021**          X   *James M. Kane*
                                         Signature of individual signing on behalf of debtor

**James Kane**
Printed name

**Attorney for the Company**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Northwest Bancorporation of Illinois, Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Capital Trust I & II Trustee Fees c/o The Bank of New York, Trustee 101 Barclay Street, Floor 21 W New York, NY 10286** | | **TruPS Trustee Fees** | | | | **$24,740.00** |
| **Hershenhorn Capital Trust I c/o Hare & Co, c/o The Bank of NY P.O. Box 11203 New York, NY 10286** | | **Jr. Amended TruPS** | | | | **$14,281,996.08** |
| **Hershenhorn Capital Trust II c/o Hare & Co, c/o The Bank of NY P.O. Box 11203 New York, NY 10286** | | **Jr. Amended TruPS** | | | | **$3,010,945.16** |
| **Hershenhorn Statutory Trust I c/o Hare & Co, c/o The Bank of NY P.O. Box 11203 New York, NY 10286** | | **Sr. Amended TruPS** | | | | **$1,069,849.96** |
| **Statutory Trust I Trustee Fees c/o Hare & Co., c/o The Bank of NY P.O. Box 11203 New York, NY 10286** | | **TruPS Trustee Fees** | **Contingent Unliquidated** | | | **$0.00** |
| **Vedder Price P.C. 222 North LaSalle Street Chicago, IL 60601** | | **Legal fees** | | | | **$20,023.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Northwest Bancorporation of Illinois, Inc.**                                                Case No.
                                              Debtor(s)                        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **N/A** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

      ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 2, 2021** | **/s/Michael P. O'Neil** |
| *Date* | **Michael P. O'Neil** |
| | *Signature of Attorney* |
| | **Taft Stettinius & Hollister LLP** |
| | **111 East Wacker, Suite 2800** |
| | **Chicago, IL 60601** |
| | **(312) 527-4000** |
| | **moneil@taftlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Northwest Bancorporation of Illinois, Inc.__

Debtor(s)

Case No. _____

Chapter   __11__   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mr. Robert Hershenhorn** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Attorney for the Company** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 2, 2021** _____

Signature _____ _James M. Kane_ _____
James Kane

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Northwest Bancorporation of Illinois, Inc.** _____    Case No. _____
                                           Debtor(s)                Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **7**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 2, 2021** _____                    _____
                                              James Kane/Attorney for the Company
                                              Signer/Title

Capital Trust & Trust Trustee Fees
c/o The Bank of New York, Trustee
101 Barclay Street, Floor 21 W
New York, NY 10286
            .


Hershenhorn Capital Trust I
c/o Hare & Co, c/o The Bank of NY
P.O. Box 11203
New York, NY 10286


Hershenhorn Capital Trust II
c/o Hare & Co, c/o The Bank of NY
P.O. Box 11203
New York, NY 10286


Hershenhorn Statutory Trust I
c/o Hare & Co, c/o The Bank of NY
P.O. Box 11203
New York, NY 10286


HoldCo Opportunities Fund, L.P.
Attn: Michael Zaitzeff
32 Broad Street
New York, NY 10004


Statutory Trust I Trustee Fees
c/o Hare & Co., c/o The Bank of NY
P.O. Box 11203
New York, NY 10286


Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Northwest Bancorporation of Illinois, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Northwest Bancorporation of Illinois, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 2, 2021**

Date

/s/Michael P. O'Neil

**Michael P. O'Neil**

Signature of Attorney or Litigant

Counsel for   **Northwest Bancorporation of Illinois, Inc.**

**Taft Stettinius & Hollister LLP**
**111 East Wacker, Suite 2800**
**Chicago, IL 60601**
**(312) 527-4000**
**moneil@taftlaw.com**