## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Northwest Bancorporation of Illinois, Inc.     Case Number: 21-08123

An appearance is hereby filed by the undersigned as attorney for:

Vedder Price P.C.

Attorney name (type or print): Allison B. Hudson

Firm: Vedder Price P.C.

Street address: 222 N. LaSalle Street, Suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6313079      Telephone Number: (312) 609-7507
(See item 3 in instructions)

Email Address: ahudson@vedderprice.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✓ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✓ No |

If this is a criminal case, check your status.       ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/8/21

Attorney signature:     S/ Allison B. Hudson
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015