UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Northwest Bancorporation of Illinois, Inc.,** | ) | Case No. **21-08123** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Thursday, August 5, 2021, at 1:30 p.m.**  PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY.  PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:

Tel.   866-820-6676
Passcode   3369855

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE.  NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Northwest Bancorporation of Illinois, Inc.,** | ) | Case No. **21-08123** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

### CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, state that on July 9, 2021, the **Notice of Meeting of Creditors to be Conducted Telephonically** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via U.S. First Class Mail, prepaid, as indicated below.

*/s/ M. Gretchen Silver*

### SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Allison Hudson     ahudson@vedderprice.com, ecfdocket@vedderprice.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael P O'Neil    moneil@taftlaw.com, aolave@taftlaw.com

**Parties Served via U.S. First Class Mail:**

*See Attached Exhibit A - Declaration of Mailing/Certificate of Service*