UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO: 21-08123 |
|---|---|
| NORTHWEST BANCORPORATION OF ILLINOIS, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 7/9/2021, I did cause a copy of the following documents, described below,

Notice of Telephonic Chapter 11 Section 341 Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2021

/s/ M. Gretchen Silver
M. Gretchen Silver   6204419
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 503 7104

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>NORTHWEST BANCORPORATION OF ILLINOIS, INC | CASE NO: 21-08123<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 7/9/2021, a copy of the following documents, described below,

Notice of Telephonic Chapter 11 Section 341 Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Gretchen Silver
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**Exhibit A**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 07521<br>CASE 21-08123<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>FRI JUL 9 12-45-41 CDT 2021 | NORTHWEST BANCORPORATION OF ILLINOIS INC<br>300 EAST NORTHWEST HIGHWAY<br>PALATINE IL 60067-8117 | ~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ |
| CAPITAL TRUST I  II TRUSTEE FEES<br>CO THE BANK OF NEW YORK TRUSTEE<br>101 BARCLAY STREET FLOOR 21 W<br>NEW YORK NY 10286-0001 | HERSHENHORN CAPITAL TRUST I<br>CO HARE  CO<br>CO THE BANK OF NEW YORK<br>PO BOX 11203<br>NEW YORK NY 10286-1203 | HERSHENHORN CAPITAL TRUST II<br>CO HARE  CO<br>CO THE BANK OF NEW YORK<br>PO BOX 11203<br>NEW YORK NY 10286-1203 |
| HERSHENHORN STATUTORY TRUST I<br>CO HARE  CO<br>CO THE BANK OF NEW YORK<br>PO BOX 11203<br>NEW YORK NY 10286-1203 | HOLDCO OPPORTUNITIES FUND LP<br>ATTN MICHAEL ZAITZEFF<br>32 BROAD STREET<br>NEW YORK NY 10004 | STATUTORY TRUST I TRUSTEE FEES<br>CO HARE  CO<br>CO THE BANK OF NEW YORK<br>PO BOX 11203<br>NEW YORK NY 10286-1203 |
| VEDDER PRICE PC<br>222 NORTH LASALLE STREET<br>CHICAGO IL 60601-1003 | MICHAEL P ONEIL<br>TAFT STETTINIUS  HOLLISTER LLP<br>ONE INDIANA SQUARE SUITE 3500<br>INDIANAPOLIS IN 46204-2023 | ~~EXCLUDE~~<br>~~PATRICK S LAYNG~~<br>~~OFFICE OF THE US TRUSTEE REGION 11~~<br>~~219 S DEARBORN ST~~<br>~~ROOM 873~~<br>~~CHICAGO IL 60604-2027~~ |

**Exhibit A**

ADDRESSES VIA ELECTRONIC MAIL PRESUMED WERE SERVED VIA ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| (Creditor)<br>Vedder Price P.C.<br>represented by:<br>Allison Hudson<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601<br><br>ahudson@vedderprice.com | Northwest Bancorporation of Illinois, Inc.<br>300 East Northwest Highway<br>Palatine, IL 60067<br>Tax ID / EIN: 36-2960422<br>(Debtor 1)<br>represented by:<br>Michael P O'Neil<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204<br><br>moneil@taftlaw.com | (U.S. Trustee)<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604<br><br>USTPRegion11.ES.ECF@usdoj.gov |

**Exhibit A**