**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF | ) | Case No. 21-08123 |
| ILLINOIS, INC., | ) | |
| | ) | Judge: Janet S. Baer |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:    See attached Service List

        **PLEASE TAKE NOTICE** THAT ON **July 21 at 1:00 p.m.,** I will appear telephonically before the Honorable Janet S. Baer**,** or any Judge sitting in her place, and present the attached *Motion for 7-Day Extension of Time to File Remaining Schedules,* a copy of which is attached.

        **This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must do the following information:**

        **To appear by video,** use this link: https//www.zoomgov.com/. Then enter the meeting ID and password.

        **To appear by telephone,** call Zoom for Government at **1-669-254-5252** or **1-646-8287666.** Then enter the meeting ID and password.

        **Meeting ID and password.** The **meeting ID** for this hearing is **160-731-2971** and the password is **587656.** The meeting ID and password can also be found on the judge's page on the court's web site.

        **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:  July 15, 2021                    By:    */s/ Michael P. O'Neil*
                                                Michael P. O'Neil
                                                (ARDC NO 6194470)

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
317-713-3500
moneil@taftlaw.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF MOTION and MOTION FOR 7-DAY EXTENSION OF TIME TO FILE REMAINING SCHEDULES** to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail on **July 15, 2021.**

/s/ Michael P. O'Neil

# <u>SERVICE LIST</u>

### <u>*Via Electronic Mail Notice*</u>

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kimberly S Cohen**   kcohen@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Allison Hudson**   ahudson@vedderprice.com, ecfdocket@vedderprice.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Michael P O'Neil**   moneil@taftlaw.com, aolave@taftlaw.com

### <u>*Via U.S. Mail*</u>

Northwest Bancorporation of Illinois, Inc.
300 East Northwest Highway
Palatine, IL 60067-8117

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Dept. of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Capital Trust I & II Trustee Fees
c/o The Bank of New York, Trustee
101 Barclay Street, Floor 21 W
New York, NY 10286

Hershenhorn Capital Trust I
c/o Hare & Co
c/o The Bank of New York
P.O. Box 11203
New York, NY 10286

Hershenhorn Capital Trust II
c/o Hare & Co
c/o The Bank of New York
P.O. Box 11203
New York, NY 10286

Hershenhorn Statutory Trust I
c/o Hare & Co
c/o The Bank of New York
P.O. Box 11203
New York, NY 10286

HoldCo Opportunities Fund, L.P.
Attn: Michael Zaitzeff
32 Broad Street
New York, NY 10004

Statutory Trust I Trustee Fees
c/o Hare & Co
c/o The Bank of New York
P.O. Box 11203
New York, NY 10286

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| NORTHWEST BANCORPORATION OF | ) |
| ILLINOIS, INC., | )     Case No. 21-08123 |
| | ) |
| | )     Judge: Janet S. Baer |
| Debtor. | ) |
| | ) |

**MOTION FOR 7- DAY EXTENSION OF**
**TIME TO FILE REMAINING SCHEDULES**

Debtor, Northwest Bancorporation of Illinois, Inc. ("**Debtor**"), by counsel, respectfully requests an extension of time within which to file the schedules and documents not filed with its Petition, consisting of:

- Schedule A/B: Assets – Real and Personal Property
- Schedule D: Creditors Who Have Claims Secured by Property
- Schedule E/F: Creditors Who Have Unsecured Claims
- Schedule G: Executory Contracts and Unexpired Leases
- Schedule H: Codebtors
- Summary of Assets and Liabilities
- Statement of Financial Affairs

(the "**Remaining Schedules**") and states:

1.      On July 2, 2021, Debtor filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy, which included only a portion of the necessary schedules and lists.

2.      The Remaining Schedules must otherwise be filed on or before July 16, 2021.

3.      Debtor is in the process of compiling the necessary information and documentation to complete the Remaining Schedules.

4.     To allow sufficient time to provide accurate and complete information, Debtor

requests a 7-day extension of time, to and including July 23, 2021, within which to file the

Remaining Schedules.

WHEREFORE, Northwest Bancorporation of Illinois, Inc., by counsel, respectfully

prays for an order granting a 7-day extension of time to file its Remaining Schedules, and

grant such other and further relief as is just and proper.

Respectfully submitted,

Northwest Bancorporation of Illinois, Inc.

Dated:  July 15, 2021                               By:     */s/ Michael P. O'Neil*
                                                                  One of Its Counsel

Michael P. O'Neil
(ARDC NO 6194470)
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
317-713-3500
moneil@taftlaw.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

70646875v2