## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | ) ) | Case No. 21-08123 |
| | ) | Judge: Judge Janet S. Baer |
| Debtor. | ) ) | |

## ORDER GRANTING DEBTOR'S MOTION FOR 7- DAY EXTENSION OF TIME TO FILE REMAINING SCHEDULES

THIS CAUSE COMING TO BE HEARD on the motion ("Motion") of NORTHWEST BANCORPORATION OF ILLINOIS, INC. (the "Debtor") for entry of an Order granting the Debtor a 7-day extension of time to file its Remaining Schedules (Dkt. No. 10). The Court finding notice of the Motion to be sufficient and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that

1. The Debtor is granted a 7-day extension of time to file its Remaining Schedules, to and including July 23, 2021.

Enter:

Honorable Janet S. Baer
Dated: July ____, 2021        United States Bankruptcy Judge

Prepared by:

Michael P. O'Neil
(ARDC NO 6194470)
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
(317) 713-3500
moneil@taftlaw.com

70651226v1