# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Northwest Bancorporation of Illinois, Inc.

Case Number: 21-08123

An appearance is hereby filed by the undersigned as attorney for:

U.S Bank National Association

Attorney name (type or print): Kimberly S. Cohen

Firm: Shipman & Goodwin LLP

Street address: One Constitution Plaza

City/State/Zip: Hartford, CT 06103

Bar ID Number: CT 430417
(See item 3 in instructions)

Telephone Number: 860-251-5000

Email Address: kcohen@goodwin.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
  If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/19/2021

Attorney signature:    S/ Kimberly S. Cohen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015