IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| **NORTHWEST BANCORPORATION** ) | Case No. **21-08123** |
| **OF ILLINOIS, INC.** ) | |
| ) | |
| Debtor. ) | Honorable Janet S. Baer |
| _____ ) | |

# NOTICE OF APPOINTMENT OF
# OFFICIAL UNSECURED CREDITORS' COMMITTEE

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in these cases:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | OSP Value Fund, L.P.<br>3948 49½ Street<br>P.O. Box 24794<br>Edina, MN 55424 | Colin Dougherty |
| 2. | HoldCo Opportunities Fund, L.P.<br>441 Lexington Avenue, 15th Floor<br>New York, NY  10017 | James McKee |
| 3. | The Bank of New York Mellon Trust Company, N.A.<br>500 Ross Street, 12th Floor<br>Pittsburg, PA  15262 | Jennifer Provenzano |

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: <u>August 4, 2021</u>

By: <u>/s/  M. Gretchen Silver</u>
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

      I, M. Gretchen Silver, Attorney, state that on August 4, 2021, pursuant to Local Rule 9013-1(D) the **NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

      BY:   /S/ *M. Gretchen Silver*
            M. Gretchen Silver, Attorney
            OFFICE OF THE U.S. TRUSTEE
            219 South Dearborn, Room 873
            Chicago, IL 60604
            (312) 353-5054

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Kimberly S Cohen    kcohen@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Allison Hudson    ahudson@vedderprice.com, ecfdocket@vedderprice.com
- Michael P O'Neil    moneil@taftlaw.com, aolave@taftlaw.com

**Parties Served via First Class Mail:**

Northwest Bancorporation of Illinois, Inc.
300 East Northwest Highway
Palatine, IL  60067

OSP Value Fund, L.P.
Attn:  Colin Dougherty
3948 49½ Street
P.O. Box 24794
Edina, MN 55424

HoldCo Opportunities Fund, L.P.
Attn:  James McKee
441 Lexington Avenue, 15th Floor
New York, NY  10017

The Bank of New York Mellon Trust Company, N.A.
500 Ross Street, 12th Floor
Pittsburg, PA  15262
Attn:  Jennifer Provenzano