<u>NORTHWEST BANCORPORATION OF ILLINOIS, INC.</u>

<u>BID PROCEDURES</u>

Set forth below are the procedures to be employed by Northwest Bancorporation of Illinois, Inc., (the "***Debtor***") the Debtor and Debtor in Possession in case number 21-08123, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "***Bankruptcy Court***") with respect to the proposed disposition of the Debtor's right, title and interest in and to the stock (the "Stock") of First Bank and Trust of Illinois, Inc. (the "Bank")  more particularly described in the Debtor's **MOTION TO ESTABLISH BIDDING PROCEDURES FOR THE  SALE OF DEBTOR'S ONLY MATERIAL ASSET.** Subject to such changes as are agreed to by the Debtor, after consulting with the Committee, the following bid procedures shall apply:

1. <u>Bid Deadline</u>:  A Qualified Bid for all of the Stock must be in writing and actually received by the Debtor, with a copy to the Official Committee of Unsecured Creditors ("***Committee***") on or before 5:00 p.m. prevailing Central Time on <u>**[NOT MORE THAN NINETY DAYS AFTER ENTRY OF BID PROCEDURE ORDER]**</u>, 2021 (the "***Bid Deadline***").  Any party that does not submit a bid by the Bid Deadline will not be allowed, to (a) submit any offer after the Bid Deadline, or (b) participate in any Auction.

2. <u>Due Diligence</u>:  All due diligence inquiries regarding the Bank Stock and the Bank itself should be directed to Janney Montgomery Scott LLC ("***Janney***"), Attn.: Paul O'Connor email: poconnor@janney.com or cell: 312-771-0077 and disclosure of any and all information by Janney and the performance of due diligence with Janney shall be conditioned on providing to the Debtor information indicating that the party can ultimately satisfy (as determined by the Debtor after consulting with the Committee) the Qualified Bid conditions set forth below, and execution of the Confidentiality and Non-Disclosure Agreement provided by Janney.

3. <u>Qualified Bids</u>:  A "Qualified Bid" is a bid that the Debtor determines, after consulting with the Committee, is a Qualified Bid, based upon the amount of consideration included in the bid and factors regarding the prospects that the bidder will close and complete and obtain all required regulatory approvals timely, and that materially complies with all of the following:

    i. It includes a letter stating that the bid is irrevocable until the earlier of (i) the approval by the Bankruptcy of the Winning

**Exhibit A**

   Bidder (as defined below), and (ii) the conclusion of any Auction; provided, however, that if such bid is selected as the Winning Bid (as defined below), it shall remain irrevocable until the closing of the Sale;

ii. It includes a Stock Purchase Agreement in the form reasonably acceptable to the Debtor after consulting with the Committee, with the proposed structure of the bid, containing the purchase price, expressed in United States Dollars (the "***Proposed Purchase Price***");

iii. The Proposed Purchase Price shall be paid in cash;

iv. It does not include any request or entitlement to any material breakup fee, expense reimbursement or similar type of payment;

v. It is not conditioned on (i) the outcome of unperformed due diligence by the bidder and/or (ii) obtaining any financing capital and includes an acknowledgement and representation that the bidder has had an opportunity to conduct any and all required due diligence prior to making its bid;

vi. It fully discloses the identity of each entity that is bidding or otherwise that will be sponsoring or participating in the bid, including the identification of the bidders' direct and indirect owners and their principals, and the complete terms of any such participation;

vii. It includes an acknowledgement and representation that the bidder (i) has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the assets to be acquired and liabilities to be assumed in making its bid; (ii) did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express or implied (by operation of law or otherwise), regarding the assets to be acquired or liabilities to be assumed or the completeness of any information provided in connection therewith, including by the Debtor or the Committee, or any of their respective members, officers, directors, shareholders, professionals and advisors, (iii) is a sophisticated party capable of making its own assessments in respect of making its bid; and (iv) has had the benefit of independent legal advice in connection with its bid;

70992389v3

viii. It includes evidence, in form and substance reasonably satisfactory to the Debtor, after consulting with the Committee, of authorization and approval from the bidder's board of directors (or comparable governing body) with respect to the submission, execution, delivery and closing of the transaction;

ix. It is accompanied by a refundable deposit (the "***Deposit***") in the form of a wire transfer (to the account of the Debtor or Debtor's counsel's trust account, in accordance with wiring instructions to be provided to competing bidders), in an amount proposed by the Bidder, which amount shall not be less than 5% of the Proposed Cash Consideration, to be held and dealt with in accordance with these Bid Procedures (see below);

x. It provides for substantial completion of all necessary applications for regulatory approval no later than thirty (30) days after entry by the Bankruptcy Court of the Sale Order approving the designation of the bidder as the Winning Bidder (the "***Regulatory Deadline***");

xi. It provides for closing of the Sale on a date to be agreed upon, but as promptly as practicable after receipt of all specified regulatory approvals, and (ii) June 1, 2022 (the "***End Date***");

xii. It provides evidence satisfactory to the Debtor, after consulting with the Committee, that such bidder has the wherewithal and financial ability to consummate the purchase and sale of the Stock in accordance with the bid;

xiii. It includes evidence, in form and substance reasonably satisfactory to the Debtor, after consulting with the Committee, of compliance or anticipated compliance with any and all applicable U.S. and applicable foreign regulatory approvals;

xiv. It contains other information reasonably requested by the Debtor, after consulting with the Committee, and their respective professionals and advisors; and

xv. It is received no later than the Bid Deadline unless the Debtor, after consulting with the Committee, has consented to an extension of the Bid Deadline.

70992389v3

4. <u>Non-Qualified Bids</u>: A "**Non-Qualified Bid**" is any bid that the Debtor after consulting with the Committee, determines is not (i) a Qualified Bid, or (ii) a bid that is not in an acceptable amount.

5. <u>Return of Deposit</u>: All Deposits shall be held by the Debtor or its counsel. If a Qualified Bidder becomes the Winning Bidder, then the Deposit paid by the Winning Bidder whose bid is approved at the Sale Hearing shall be applied to the purchase price to be paid by the Winning Bidder upon closing of the transaction. The Deposits of all bidders not selected as having a Qualified Bid shall be returned to such bidders within ten (10) business days of the entry of the Sale Order. If an entity selected as the Winning Bidder breaches its obligations (including its obligation to close), then it shall forfeit its Deposit to the Debtor's bankruptcy estate; ***provided, however***, that the forfeit of such Deposit shall be in lieu of any other rights in law or equity that the Debtor has or have against such breaching entity. For the avoidance of doubt, the Winning Bidder's Deposit shall not be refundable if the Winning Bidder fails or refuses to achieve substantial completion of all of its application for regulatory approvals by the Regulatory Deadline.

6. <u>Timely Receipt of Less than Two Qualified Bids</u>. If the Debtor receives at least one, but less than two, Qualified Bids submitted on or before the Bid Deadline, then the Debtor shall not hold an Auction and may, after consulting with the Committee, request at the Sale Hearing that the bidder submitting the sole bid be deemed the "Winning Bidder" (as defined below) and that the Court approve the transaction(s) contemplated thereunder. If the bid seeks to exclude any loans, it shall identify with particularity the loans it wishes to exclude. Also, the Debtor, after consulting with the Committee, may select a Non-Qualified Bid and propose that the bidder submitting such Non-Qualified Bid be deemed the Winning Bidder.

7. <u>Bankruptcy Court Approval</u>. At such time as designated by the Bankruptcy Court, the Debtor shall seek one or more orders of the Bankruptcy Court approving the designation of the Winning Bidder(s) and approving the sale to the Winning Bidder(s) pursuant to the Winning Bid (the "***Sale Order(s)***").

4

70992389v3