**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | Case No. 21-08123<br>Hon. Carol A. Doyle |
| Debtor. | |

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR
ENTRY OF STIPULATION AND PROTECTIVE ORDER**

TO: ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Thursday, May 12, 2022, at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Carol A. Doyle, or any judge sitting in her stead, and present the *Chapter 11 Trustee's Motion For Entry of Stipulation and Protective Order*, a copy of which is attached hereto and is hereby served upon you.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: May 5, 2022          Respectfully submitted,

By: */s/ Catherine Steege*
Catherine Steege
Chapter 11 Trustee

Catherine Steege
Landon S. Raiford
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
lraiford@jenner.com

**CERTIFICATE OF SERVICE**

      I, Catherine Steege, certify that, on May 5, 2022, I caused true and correct copies of the foregoing *Notice of Motion* and the following *Chapter 11 Trustee's Motion For Entry of Stipulation and Protective Order* to be served via ECF notification and via First Class U.S. mail as set forth as follows.

                                  By: */s/ Catherine Steege*
                                       Catherine Steege
                                       Chapter 11 Trustee

# SERVICE LIST

**VIA ECF NOTIFICATION:**

| | |
|---|---|
| The Bank of New York Mellon, as Trustee | tpitta@emmetmarvin.com |
| First Bank & Trust Co. of Illinois | meidelman@vedderprice.com<br>mleifman@vedderprice.com |
| Chasse Rehwinkel,<br>Illinois State Bank Director, IDFPR | chasse.rehwinkel@illinois.gov |
| Monica M. Tynan,<br>Deputy Regional Counsel, FDIC | mtynan@FDIC.gov |
| Jayesh Hines-Shah,<br>Deputy General Counsel for Banking, IDFPR | jayesh.hines-shah@illinois.gov |
| Northwest Bancorporation of Illinois, Inc. | moneil@taftlaw.com |
| Patrick S. Layng, Office of the U.S. Trustee | ustpregion11.es.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | whackney@salawus.com<br>jeffrey@sternklarlaw.com |
| Robert Stearn,<br>Senior Legal Counsel, IDFPR | robert.stearn@illinois.gov |
| U.S. Bank National Association | kcohen@goodwin.com |
| Vedder Price P.C. | jkane@vedderprice.com<br>meidelman@vedderprice.com<br>mleifman@vedderprice.com |

**VIA First Class U.S. MAIL:**

The Bank of New York Mellon, as Trustee
c/o Emmet, Marvin & Martin
Thomas Pitta
120 Broadway
32nd Floor
New York, NY 10271

First Bank & Trust Co. of Illinois
c/o Vedder Price
Michael Eidelman
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601

Chasse Rehwinkel
Jayesh Hines Shah
Robert Stern
Illinois Department of Financial and
Professional Regulation
555 West Monroe Street
5th Floor
Chicago, IL 60661

Monica M. Tynan
Federal Deposit Insurance Corporation
300 S. Riverside Plaza, Suite 1700
Chicago, IL 60606

Northwest Bancorporation of Illinois, Inc.
c/o Taft Stettinius & Hollister LLP
Michael O'Neill
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Northwest Bancorporation of Illinois, Inc.
300 East Northwest Highway
Palatine, IL 60067

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604-2027

Official Committee of Unsecured Creditors
c/o Smith Amundsen LLC
William hackney, III
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601-7621

U.S. Bank National Association
c/o Shipman Goodwin LLP
Kimberly Cohen
One Constitution Plaza
Hartford, CT 06103

Vedder Price P.C.
James M. Kane
Michael M. Eidelman
Michael D. Leifman
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | Case No. 21-08123<br>Hon. Carol A. Doyle |
| Debtor. | |

**CHAPTER 11 TRUSTEE'S MOTION FOR**
**ENTRY OF STIPULATION AND PROTECTIVE ORDER**

Catherine Steege, not individually but solely in her capacity as chapter 11 trustee (the "**Trustee**") for the above-captioned debtor, Northwest Bancorporation of Illinois, Inc. ("**NWB**" or the "**Debtor**"), respectfully moves (this "**Motion**") the Court, pursuant to 11 U.S.C. §§ 105(a) and 1106(a)(3), for entry of the Stipulation and Protective Order attached hereto to govern the Trustee's treatment and use of certain classified, protected, or confidential information and material. In support of this motion, the Trustee states as follows:

**JURISDICTION AND VENUE**

1.  The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) in which the Court may constitutionally enter a final order, and the Trustee consents to the Court entering a final order on the Motion.

2.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

3.  On July 7, 2021 (the "**Petition Date**"), NWB filed a case under chapter 11 of the Bankruptcy Code. Before the appointment of the Trustee, the Debtor operated its business as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

1

4.    On August 4, 2021, the United States Trustee (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Committee**"), comprised of OSP Value Fund, L.P., HoldCo Opportunities Fund, L.P., and the Bank of New York Mellon Trust Company. Subsequently, the Bank of New York Mellon Trust Company resigned from the Committee.

5.    On March 7, 2022, the U.S. Trustee and the Committee both moved to appoint a chapter 11 trustee. (Dkts. 140, 141.) On March 17, 2022, the Court approved the appointment of Catherine Steege as chapter 11 trustee. (Dkt. 155.)

6.    Following her appointment, the Trustee requested documents from the Debtor's subsidiary First Bank and Trust Company of Illinois, of Palatine, Illinois ("**First Bank**"). The Federal Deposit Insurance Corporation ("**FDIC**") and Illinois Department of Financial and Professional Regulation ("**IDFPR**") have determined that some of the documents requested include "confidential supervisory information" under the Illinois Banking Act (205 ILCS 5/48.3) and 12 C.F.R. § 309.6(b)(8) and require authorization from the FDIC and IDFPR before those documents may be produced to the Trustee.

7.    To facilitate the disclosure of any such "confidential supervisory information," the Trustee, the FDIC, the IDFPR, and the Bank have agreed to the attached Stipulation and Protective Order to govern the disclosure and use of the requested confidential records.

## RELIEF REQUESTED

8.    By this Motion, the Trustee seeks entry of the Stipulation and Protective Order that has been agreed upon by the Trustee, FDIC, IDFPR, and the Bank, and that is attached as **Exhibit A**.

## BASIS FOR RELIEF REQUESTED

9. Section 1106(a)(3) of the Bankruptcy Code provides:

> [a] trustee shall . . . except to the extent that the court orders otherwise, investigate the acts, conduct, assets, liabilities, and financial condition of the debtor, the operation of the debtor's business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

11 U.S.C. § 1106(a)(3). To meet this obligation, the Trustee must have the ability to gather and examine information relevant to the Debtor.

10. Having the authority to review the requested documents is central to the Trustee's ability to satisfy her statutory duties. Here, the FDIC and IDFPR have authorized production of the requested documents—some of which contain confidential supervisory information—on the condition that such documents remain protected in accordance with the attached Stipulation and Protective Order. Accordingly, the Trustee seeks entry of the Stipulation and Protective Order, attached as Exhibit A, to govern the Trustee's disclosure and use of all discovery materials produced by the FDIC and IDFPR.

## NOTICE

11. Notice of this Motion has been provided to (a) the Office of the United States Trustee; (b) counsel to the Debtor; (c) counsel to the Committee; and (d) all parties who have filed appearances in this chapter 11 case; (d) the Bank; (e) the FDIC; and (f) the IDFPR. The Trustee submits that, in light of the nature of the relief requested, no other or further notice need be provided.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court enter the Stipulation and Protective Order, attached as Exhibit A, and grant such other relief as may be just.

Dated: May 5, 2022

Respectfully submitted,

By: */s/ Catherine Steege*

Catherine Steege
Landon S. Raiford
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
lraiford@jenner.com

5