# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | ) ) ) | Case No. 21-08123 |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF ORDER (A) GRANTING INTERIM APPROVAL OF THE DISCLOSURE STATEMENT; (B) SCHEDULING FINAL HEARING TO CONSIDER AND APPROVE DISCLOSURE STATEMENT AND RELATED JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE CHAPTER 11 TRUSTEE AND AMERINATIONAL COMMUNITY SERVICES, LLC; (C) AUTHORIZING THE DISTRIBUTION OF THE DISCLOSURE STATEMENT AND PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE JOINT PLAN; (D) APPROVING NOTICE OF THE CONFIRMATION HEARING; (E) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGE; AND (F) APPROVING THE NOTICE PROVISIONS**

> **YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE COMBINED PLAN AND DISCLOSURE STATEMENT, INCLUDING THE TERMS OF THE LIMITED RELEASE, EXCULPATION, AND INJUNCTION, AS YOUR RIGHTS MAY BE AFFECTED**

**BY ORDER OF THE COURT, PLEASE TAKE NOTICE THAT:**

1. Filing of the Joint Plan and Disclosure Statement. On February 10, 2023, the Chapter 11 Trustee (the "**Trustee**") of the above-captioned debtor and AmeriNational Community Services, LLC ("**AmeriNat**" and together with the Trustee, the "**Plan Proponents**") filed the Joint Chapter 11 Plan of Reorganization [Dkt. 203] (and as further amended, modified or supplemented, the "**Joint Plan**") and on February 13, 2023 filed the Disclosure Statement (and as further amended, modified or supplemented, the "**Disclosure Statement**") [Dkt. 204] regarding the Joint Plan.

2. Plan Procedures Order. On [_____ __], 2023, the Court entered the *Order (A) Granting Interim Approval of the Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving*

*Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement.

3. Combined Hearing. Pursuant to the Plan Procedures Order, a combined hearing on final approval of the Disclosure Statment and confirmation of the Joint Plan (the "**Combined Hearing**") will be held on **April 27, 2023 at 10:30 A.M. PREVAILING CENTRAL TIME**. The Combined Hearing may be continued from time to time without further notice other than the announcement by the Plan Proponents in open court of the adjourned date(s) at the Combined Hearing or any continued hearing.

4. Objections to Confirmation. Objections, if any, to the adequacy of the disclosures in the Disclosure Statement, or to the confirmation of the Joint Plan must be filed and served so as to be actually received by **April 13, 2023** (the "**Objection Deadline**"). Objections must: (a) be in writing; (b) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules; (c) state the name and address of the objecting party and the amount and nature of the claim or interest asserted by such party against the Debtor, its estate, or property (d) state with particularity the basis and nature of the objection; and (e) be filed with the Court and served before the Objection Deadline on the following parties (collectively, the "**Notice Parties**"): (i) counsel to the Chapter 11 Trustee: Jenner & Block LLP, 353 N. Clark St. Chicago, IL 60654, Attn: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); (ii) counsel to AmeriNat: Faegre Drinker Biddle & Reath LLP, 300 N. Meridan St., Indianapolis, IN, 46204, Attn: Jay Jaffe (jay.jaffe@faegredrinker.com), and Elizabeth Little (elizabeth.little@faegredrinker.com); and (iii) Office of the United States Trustee for the Northern District of Illinois (ustpregion11.es.ecf@usdoj.gov).

5. Voting Procedures. Holders of claims in Class 2 (General Unsecured Claims), Class 3 (Senior TruPS Claims) and Class 4 (Junior TruPS Claims) are impaired and entitled to vote to accept or reject the Joint Plan. If you hold such a claim, as of [ ], 2023 (the "**Voting Record Date**"), you will receive a Solicitation Package, which will include: (a) the Joint Plan and Disclosure Statement; (b) the Plan Procedures Order; (c) this Combined Hearing Notice; (d) a customized Ballot, which shall include voting instructions and a pre-addressed, postage prepaid return envelope; and (e) such other materials as the Court may direct. The deadline by which ballots accepting or rejecting the Join Plan must be received is **April 13, 2023 at 4:30 p.m.** (prevailing C.T.) (the "**Voting Deadline**").

**Ballots must be filed with the Clerk of the Court so that they are *received* by the Voting Deadline. Ballots may be mailed to the Clerk of the Court at the following address: The Office of the Clerk, United Stated Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S Dearborn St. Chicago, IL 60604. Ballots also may be filed with the Clerk electonrically using the Bankruptcy Court's ECF electronic filing system. For more information, please go to www.ilnb.uscourts.gov.**

| | |
|---|---|
| Catherine L. Steege | Jay Jaffe |
| Landon S. Raiford | Elizabeth Little |
| William A. Williams | FAEGRE DRINKER BIDDLE & REATH |
| JENNER & BLOCK LLP | LLP |
| 353 N. Clark Street | 300 N. Meridian Street |
| Chicago, Illinois 60654 | Indianapolis, Indiana 46204 |
| (312) 222-9350 | (317) 569-9600 |
| csteege@jenner.com | jay.jaffe@faegredrinker.com |
| lraiford@jenner.com | elizabeth.little@faegredrinker.com |
| | |
| *Counsel for Chapter 11 Trustee* | *Counsel for AmeriNational Community Services, LLC* |