# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF | ) | Case No. 21-08123 |
| ILLINOIS, INC., | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**CLASS 2 (HOLDERS OF GENERAL UNSECURED CLAIMS) BALLOT FOR
ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF
REORGANIZATION PROPOSED BY THE CHAPTER 11 TRUSTEE AND
AMERINATIONAL COMMUNITY SERVICES, LLC**

**PLEASE READ CAREFULLY AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR
COMPLETING AND RETURNING YOUR BALLOT.**

**PLEASE REVIEW CAREFULLY THE ACCOMPANYING JOINT PLAN AND
DISCLOSURE STATEMENT TO DETERMINE WHETHER TO VOTE TO ACCEPT OR
REJECT THE JOINT PLAN.**

**YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR
BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME) (THE
"VOTING DEADLINE") OR THE VOTE REPRESENTED BY YOUR BALLOT WILL
NOT BE COUNTED, UNLESS THE PLAN PROPONENTS (THE CHAPTER 11
TRUSTEE AND AMERINATIONAL COMMUNITY SERVICES, LLC) DETERMINE
OTHERWISE.**

**BALLOTS MAY BE MAILED TO: THE OFFICE OF THE CLERK, UNITED STATES
BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION, 219 S. DEARBORN ST. CHICAGO, IL 60604.**

**BALLOTS ALSO MAY BE FILED ELECTRONICALLY USING THE BANKRUPTCY
COURT'S ECF ELECTRONIC FILING SYSTEM. MORE INFORMATION CAN BE
FOUND AT WWW.ILNB.USCOURTS.GOV.**

**IF THE JOINT PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE
BINDING ON YOU WHETHER OR NOT YOU VOTE.**

The Plan Proponents are soliciting votes with respect to the *Joint Chapter 11 Plan of
Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC*
[Dkt. 203] (as amended, modified, or supplemented from time to time, the "**Joint Plan**").

On [_____ __], 2023, the Court entered the *Order (A) Granting Interim Approval of the Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement.

Along with this Ballot, you have received a Solicitation Package consisting of (a) the Joint Plan and Disclosure Statement; (b) the Plan Procedures Order; (c) the Combined Hearing Notice; and (d) such other materials as the Court may direct. **You should review the Solicitation Package carefully before you vote. You may wish to seek legal advice concerning the Joint Plan and your classification and treatment under the Plan.**

**Your claim has been placed in Class 2 (Holders of General Unsecured Claims) under the Joint Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**Your Vote to Accept or Reject the Joint Plan:**

Holders of claims in Class 2 may use this Ballot to vote to accept or reject the Joint Plan. Class 2 will be deemed to have accepted the Joint Plan if of the Class 2 claim holders who actually vote, at least two-third in dollar amount and more than one-half in number, affirmatively vote to accept the Joint Plan.

## ITEM 1. AMOUNT OF CLAIM

As of the Record Date, the undersigned was the holder (or authorized signatory for such holder) of a Class 2 Claim against the Debtor in the following amount:

$ _____

## ITEM 2. VOTE ON COMBINED PLAN AND DISCLOSURE STATEMENT

The holder of the Class 2 Claim set forth in Item 1 hereby votes:

[ ] To Accept the Joint Plan
[ ] To Reject the Joint Plan

## ITEM 3. CERTIFICATION

By signing this Ballot, the undersigned certifies that:

(a) no other Ballots have been cast with respect to the Claim identified in Item 1, and that, to the extent such Ballots have been cast, such earlier Ballots are hereby revoked;

(b) the undersigned has been provided with a copy of the Joint Plan and Disclosure Statement and the Plan Procedures Order, and acknowledges that the vote set forth on this Ballot is subject to all terms and conditions set forth therein; and

(c) the undersigned is the holder of the Claim set forth in Item 1, and has full power and authority to vote to accept or reject the Joint Plan.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Joint Plan and that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned and shall not be affected by, and shall survive the death or incapacity, of the undersigned.

Name of Holder: _____

Signature: _____

Name of Signatory (if different than Holder) _____

Title (if applicable): _____

Social Security or Federal Tax I.D. _____

Street Address: _____

City, State & Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest or an assertion of a claim or interest; or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim and does not signify that your claim has been or will be allowed.

**REMINDER: YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME). IF YOUR BALLOT IS NOT FILED BY THE DATE, IT WILL NOT BE CONSIDERED FOR VOTING PURPOSES UNLESS THE PLAN PROPONENTS IN THEIR DISCRETION DETERMINE OTHERWISE.**

BALLOTS SUBMITTED BY A MEANS OTHER THAN A FILING WITH THE CLERK OF THE COURT WILL NOT BE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE AND WILL NOT BE ACCEPTED. DO NOT MAIL, E-MAIL OR FAX YOUR BALLOT TO THE PLAN PROPONENTS OR THEIR COUNSEL.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE JOINT PLAN OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE JOINT PLAN OR DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE CHAPTER 11 TRUSTEE'S COUNSEL (CATHERINE STEEGE (CSTEEGE@JENNER.COM) AND LANDON RAIFORD (LRAIFORD@JENNER.COM). PLEASE NOTE TRUSTEE'S COUNSEL IS NOT PERMITTED TO PROVIDE YOU LEGAL ADVICE.

# INSTRUCTIONS FOR COMPLETING THE BALLOT

**THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE ATTACHED BALLOT. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY TO ENSURE THAT YOUR BALLOT WILL BE COUNTED.**

1. The Plan Proponents are soliciting the vote of Holders in Class 2 General Unsecured Claims as of the Voting Record Date, as applicable, to accept or reject the Joint Plan. The Plan Proponents have sent the attached Ballot to you because your filed proof of claim indicates that you are a Holder of a Claim in Class 2.

2. The Court may confirm the Joint Plan and thereby bind you to the terms of the Joint Plan. Please review the Joint Plan for more information regarding the effect of Confirmation of the Joint Plan.

3. You may obtain additional copies of the Joint Plan and Disclosure Statement and the Plan Procedures Order (the "**Plan Documents**") by: (a) asking for a copy from Trustee's counsel: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); or (b) for a fee on the Court's website (http://www.eclilnb.uscourts.gov).

4. To ensure that your vote is counted, you must complete Items 1, 2, and 3 on this Ballot, and file the Ballot with the Clerk of the Court by **April 13, 2023 at 4:30 p.m. (prevailing Central Time)**. Included with this Ballot is a envelope with address for the Clerk of the Court (The Office of the Clerk, United Stated Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S Dearborn St. Chicago, IL 60604). Ballots also may be filed with the Clerk of the Court electronically. For more information on this method, please visit www.ilnb.uscourts.gov. **Ballots must be *received* by April 13, 2023 at 4:30 p.m. (prevailing CT) (the "Voting Deadline") or else your vote will not be counted.** Ballots not bearing an original signature will not be counted.

    a. Instruction for Item 2: Cast ONE vote to accept or reject the Joint Plan by checking the proper box in Item 2. You must cast a vote for all your claims within a Class to accept or reject the Joint Plan and may not split your vote. Accordingly, a Ballot that partially accepts and partially rejects the Joint Plan will not be counted.

    b. Instructions for Item 3: Your signature is required on the Ballot in order for your vote to count. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting as a fiduciary or representative capacity, you should indicate such capacity when signing and, if requested by the Plan Proponents, or the Court, must submit evidence to the requesting party that you are authorized to act on behalf of such holder. In addition, please provide your name and mailing address.

5. Delivery of a Ballot by any means other than filing the Ballot with the Clerk of the Court as set forth herein will not be accepted.

6. If a Ballot is received after the Voting Deadline, it will not be counted, unless the Plan Proponents determine otherwise.

7. This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest, an assertion of a claim or interest, or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim or interest and does not signify that your claim or interest has been or will be allowed.

8. This Ballot may not be used for any purposes other than to vote to accept or reject the Joint Plan.

9. If multiple Ballots are received by the same holder of a claim with respect to the same claims prior to the Voting Deadline, the last dated valid Ballot timely received will supersede and revoke any earlier Ballots.

10. The deadline for filing and serving motions pursuant to Bankruptcy Rule 3018(a) seeking temporary allowance of claims for the purposes of accepting or rejecting the Joint Plan is April 6, 2023.

11. If you believe you have received this Ballot in error, or if you need an additional Ballot, please immediately contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com).

12. **If you have any questions regarding this Ballot or the voting procedures, please contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com). Please also note that counsel is not authorized to provide you legal advice.**

**PLEASE SUBMIT YOUR BALLOT PROMPTLY**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF | ) | Case No. 21-08123 |
| ILLINOIS, INC., | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**CLASS 3 (BENEFICIAL OWNERS OF SENIOR TRuPS CLAIMS) BALLOT FOR**
**ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF**
**REORGANIZATION PROPOSED BY THE CHAPTER 11 TRUSTEE AND**
**AMERINATIONAL COMMUNITY SERVICES, LLC**

---

**PLEASE READ CAREFULLY AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR**
**COMPLETING AND RETURNING YOUR BALLOT.**

**PLEASE REVIEW CAREFULLY THE ACCOMPANYING JOINT PLAN AND**
**DISCLOSURE STATEMENT TO DETERMINE WHETHER TO VOTE TO ACCEPT OR**
**REJECT THE JOINT PLAN.**

**YOUR BALLOT MUST BE RETURNED TO THE MASTER BALLOT AGENT BY THE**
**DEADLINE SET FORTH BY THE MASTER BALLOT AGENT OR THE VOTE**
**REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED, UNLESS THE PLAN**
**PROPONENTS (THE CHAPTER 11 TRUSTEE AND AMERINATIONAL COMMUNITY**
**SERVICES, LLC) DETERMINE OTHERWISE.**

**IF THE JOINT PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE**
**BINDING ON YOU WHETHER OR NOT YOU VOTE.**

---

The Plan Proponents are soliciting votes with respect to the *Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC* [Dkt. 203] (as amended, modified, or supplemented from time to time, the "**Joint Plan**").

On [_____ __], 2023, the Court entered the *Order (A) Granting Interim Approval of the Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan**

**Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement.

Along with this Ballot, you have received a Solicitation Package consisting of (a) the Joint Plan and Disclosure Statement; (b) the Plan Procedures Order; (c) the Combined Hearing Notice; and (d) such other materials as the Court may direct. **You should review the Solicitation Package carefully before you vote. You may wish to seek legal advice concerning the Joint Plan and your classification and treatment under the Plan.**

**Your claim has been placed in Class 3 (Holders of Senior TRuPS Claims) under the Joint Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**Your Vote to Accept or Reject the Joint Plan:**

Holders of claims in Class 3 may use this Ballot to vote to accept or reject the Joint Plan. Class 3 will be deemed to have accepted the Joint Plan if of the Class 3 claim holders who actually vote, at least two-third in dollar amount and more than one-half in number, affirmatively vote to accept the Joint Plan.

## ITEM 1. AMOUNT OF CLAIM

As of the Record Date, the undersigned was the holder (or authorized signatory for such holder) of a Class 3 Claim against the Debtor in the following amount:

$ _____

## ITEM 2. VOTE ON COMBINED PLAN AND DISCLOSURE STATEMENT

The holder of the Class 3 Claim set forth in Item 1 hereby votes:

[ ] To Accept the Joint Plan.

[ ] To Reject the Joint Plan.

## ITEM 3. CERTIFICATION

By signing this Ballot, the undersigned certifies that:

(a) no other Ballots have been cast with respect to the Claim identified in Item 1, and that, to the extent such Ballots have been cast, such earlier Ballots are hereby revoked;

(b) the undersigned has been provided with a copy of the Joint Plan and Disclosure Statement and the Plan Procedures Order, and acknowledges that the vote set forth on this Ballot is subject to all terms and conditions set forth therein; and

(c) the undersigned is the holder of the Claim set forth in Item 1, and has full power and authority to vote to accept or reject the Joint Plan.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Joint Plan and that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned and shall not be affected by, and shall survive the death or incapacity, of the undersigned.

Name of Holder: _____

Signature: _____

Name of Signatory (if different than Holder) _____

Title (if applicable): _____

Social Security or Federal Tax I.D. _____

Street Address: _____

City, State & Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest or an assertion of a claim or interest; or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim and does not signify that your claim has been or will be allowed.

**REMINDER: YOUR BALLOT MUST RECEIVED BY THE MASTER BALLOT AGENT BY THE DEADLINE PROVIDED BY THE MASTER BALLOT AGENT. IF YOUR BALLOT IS NOT FILED BY THE DATE, IT WILL NOT BE CONSIDERED FOR VOTING PURPOSES UNLESS THE PLAN PROPONENTS IN THEIR DISCRETION DETERMINE OTHERWISE.**

BALLOTS SUBMITTED BY A MEANS OTHER THAN TIMELY SUBMISSION TO THE MASTER BALLOT AGENT WILL NOT BE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE AND WILL NOT BE ACCEPTED.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE JOINT PLAN OR IF YOU NEED AN ADDITIONAL BALLOT OR

ADDITIONAL COPIES OF THE JOINT PLAN OR DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE CHAPTER 11 TRUSTEE'S COUNSEL (CATHERINE STEEGE (CSTEEGE@JENNER.COM) AND LANDON RAIFORD (LRAIFORD@JENNER.COM). PLEASE NOTE TRUSTEE'S COUNSEL IS NOT PERMITTED TO PROVIDE LEGAL ADVICE.

**INSTRUCTIONS FOR COMPLETING THE BALLOT**

**THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE ATTACHED BALLOT. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY TO ENSURE THAT YOUR BALLOT WILL BE COUNTED.**

1. The Plan Proponents are soliciting the vote of Holders in Class 3 Senior TRuPS Claims as of the Voting Record Date, as applicable, to accept or reject the Joint Plan. The Plan Proponents have sent the attached Ballot to you because your filed proof of claim indicates that you are a Holder of a Claim in Class 3.

2. The Court may confirm the Joint Plan and thereby bind you to the terms of the Joint Plan. Please review the Joint Plan for more information regarding the effect of Confirmation of the Joint Plan.

3. As your vote has solicited by your broker, dealer, commercial bank, trust company, a trustee, or other nominee ("Master Ballot Agent"), you must complete the Ballot and transmit your vote to the Master Ballot Agent in accordance with the instructions herein. The Master Ballot Agent will complete a Ballot summarizing votes cast by beneficial owners (the "Master Ballot") and submit such Master Ballot by the Voting Deadline.

4. You may obtain additional copies of the Joint Plan and Disclosure Statement and the Plan Procedures Order (the "**Plan Documents**") by: (a) asking for a copy from Trustee's counsel: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); or (b) for a fee on the Court's website (http://www.eclilnb.uscourts.gov).

5. To ensure that your vote is counted, you must complete Items 1, 2, and 3 on this Ballot, and return the Ballot to the Master Ballot Agent by the deadline set by the Master Ballot Agent. Ballots not bearing an original signature will not be counted.

   a. Instruction for Item 2: Cast ONE vote to accept or reject the Joint Plan by checking the proper box in Item 2. You must cast a vote for all your claims within a Class to accept or reject the Joint Plan and may not split your vote. Accordingly, a Ballot that partially accepts and partially rejects the Joint Plan will not be counted.

   b. Instructions for Item 3: Your signature is required on the Ballot in order for your vote to count. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting as a fiduciary or representative capacity, you should indicate such capacity when signing and, if requested by the Plan Proponents, or the Court, must submit evidence to the requesting party that you are authorized to act on behalf of such holder. In addition, please provide your name and mailing address.

6. Delivery of a Ballot by any means other than the timely submission to the Master Ballot Agent will not be accepted.

7. This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest, an assertion of a claim or interest, or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim or interest and does not signify that your claim or interest has been or will be allowed.

8. This Ballot may not be used for any purposes other than to vote to accept or reject the Joint Plan.

9. If multiple Ballots are received by the same holder of a claim with respect to the same claims prior to the Voting Deadline, the last dated valid Ballot timely received will supersede and revoke any earlier Ballots.

10. The deadline for filing and serving motions pursuant to Bankruptcy Rule 3018(a) seeking temporary allowance of claims for the purposes of accepting or rejecting the Joint Plan is April 6, 2023.

11. If you believe you have received this Ballot in error, or if you need an additional Ballot, please immediately contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com).

12. **If you have any questions regarding this Ballot or the voting procedures, please contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com). Please also note that counsel is not authorized to provide you legal advice.**

**PLEASE SUBMIT YOUR BALLOT PROMPTLY**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF | ) | Case No. 21-08123 |
| ILLINOIS, INC., | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**CLASS 3 (MASTER BALLOT AGENT FOR SENIOR TRuPS CLAIMS) BALLOT FOR
ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF
REORGANIZATION PROPOSED BY THE CHAPTER 11 TRUSTEE AND
<u>AMERINATIONAL COMMUNITY SERVICES, LLC</u>**

**PLEASE READ CAREFULLY AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR
COMPLETING AND RETURNING YOUR BALLOT.**

**YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR
BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME) (THE
"VOTING DEADLINE") OR THE VOTE REPRESENTED BY YOUR BALLOT WILL
NOT BE  COUNTED, UNLESS THE PLAN PROPONENTS (THE CHAPTER 11
TRUSTEE AND AMERINATIONAL COMMUNITY SERVICES, LLC) DETERMINE
OTHERWISE.**

**BALLOTS MAY BE MAILED TO: THE OFFICE OF THE CLERK, UNITED STATES
BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION, 219 S. DEARBORN ST. CHICAGO, IL 60604.**

**BALLOTS ALSO MAY BE FILED ELECTRONICALLY USING THE BANKRUPTCY
COURT'S ECF ELECTRONIC FILING SYSTEM. MORE INFORMATION CAN BE
FOUND AT WWW.ILNB.USCOURTS.GOV.**

**IF THE JOINT PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE
BINDING ON YOU WHETHER OR NOT YOU VOTE.**

The Plan Proponents are soliciting votes with respect to the *Joint Chapter 11 Plan of
Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC*
[Dkt. 203] (as amended, modified, or supplemented from time to time, the "**Joint Plan**").

On [_____ __], 2023, the Court entered the *Order (A) Granting Interim Approval of the
Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure
Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11
Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the*

*Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement.

Along with this Ballot, you have received Solicitation Package to be distributed to the beneficial holders of Class 3 (Senior TRuPS Claims) consisting of (a) the Joint Plan and Disclosure Statement; (b) the Plan Procedures Order; (c) the Combined Hearing Notice; and (d) such other materials as the Court may direct.

**Your claim has been placed in Class 3 (Holders of Senior TRuPS Claims) under the Joint Plan.**

**Your Vote to Accept or Reject the Joint Plan:**

This Ballot will reflect the votes of the Beneficial Owners of Class 3 Claims. Class 3 will be deemed to have accepted the Joint Plan if of the Class 3 claim holders who actually vote, at least two-third in dollar amount and more than one-half in number, affirmatively vote to accept the Joint Plan.

## ITEM 1. AMOUNT OF CLAIM

As of the Record Date, the undersigned was the holder (or authorized signatory for such holder) of the Class 3 Claims against the Debtor in the following amount:

$ _____

## ITEM 2. VOTE ON COMBINED PLAN AND DISCLOSURE STATEMENT

The Beneficial Owners of the Class 3 Claims set forth in Item 1 hereby vote:

[ ] To Accept the Joint Plan.

[ ] To Reject the Joint Plan.

## ITEM 3. CERTIFICATION

By signing this Ballot, the undersigned certifies that:

(a) no other Ballots have been cast with respect to the Claims identified in Item 1, and that, to the extent such Ballots have been cast, such earlier Ballots are hereby revoked;

(b) the undersigned has been provided with a copy of the Joint Plan and Disclosure Statement and the Plan Procedures Order, has caused the same to be distributed the Beneficial Owners fo Class

3 Claims and acknowledges that the vote set forth on this Ballot is subject to all terms and conditions set forth therein; and

(c) the undersigned is the Master Ballot Agent of the Claim set forth in Item 1, and has full power and authority to vote to accept or reject the Joint Plan in accordance with the votes of the Beneficial Owners of Class 3 Claims.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Joint Plan and that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned and shall not be affected by, and shall survive the death or incapacity, of the undersigned.

Name of Holder: _____

Signature: _____

Name of Signatory (if different than Holder) _____

Title (if applicable): _____

Social Security or Federal Tax I.D. _____

Street Address: _____

City, State & Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest or an assertion of a claim or interest; or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim and does not signify that your claim has been or will be allowed.

**REMINDER: YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME). IF YOUR BALLOT IS NOT FILED BY THE DATE, IT WILL NOT BE CONSIDERED FOR VOTING PURPOSES UNLESS THE PLAN PROPONENTS IN THEIR DISCRETION DETERMINE OTHERWISE.**

BALLOTS SUBMITTED BY A MEANS OTHER THAN A FILING WITH THE CLERK OF THE COURT WILL NOT BE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE AND

WILL NOT BE ACCEPTED. DO NOT MAIL, E-MAIL OR FAX YOUR BALLOT TO THE PLAN PROPONENTS OR THEIR COUNSEL.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE JOINT PLAN, PLEASE CONTACT THE CHAPTER 11 TRUSTEE'S COUNSEL (CATHERINE STEEGE ([CSTEEGE@JENNER.COM](mailto:CSTEEGE@JENNER.COM)) AND LANDON RAIFORD ([LRAIFORD@JENNER.COM](mailto:LRAIFORD@JENNER.COM)). PLEASE NOTE TRUSTEE'S COUNSEL IS NOT PERMITTED TO PROVIDE LEGAL ADVICE.

## INSTRUCTIONS FOR COMPLETING THE BALLOT

**THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE ATTACHED BALLOT. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY TO ENSURE THAT YOUR BALLOT WILL BE COUNTED.**

1. The Plan Proponents are soliciting the vote of Holders in Class 3 General Unsecured Claims as of the Voting Record Date, as applicable, to accept or reject the Joint Plan. The Plan Proponents have sent the attached Ballot to you as the Master Ballot Agent for Class 3 Claims..

2. The Court may confirm the Joint Plan and thereby bind you to the terms of the Joint Plan. Please review the Joint Plan for more information regarding the effect of Confirmation of the Joint Plan.

3. Within seven days of receipt of the Solicitation Packets, the Master Ballot Agent shall cause the Solicitation Packets, including the Beneficial Owner Ballots, to be mailed to the beneficial owners of Class 3 Claims as of the Voting Record Date. The Master Ballot Agent shall provide a deadline by which the Beneficial Owner Ballots must be returned in order to be counted for the purposes of this Class 3 Master Ballot.

4. Upon timely receipt of the completed Beneficial Owner Ballots from the beneficial owners of Class 3 Claims, the Master Ballot Agent will summarize the votes of the beneficial owners on the Master Ballot.

5. After tallying on the Master Ballot the votes of the applicable beneficial owners of Class 3 Claims that timely returned the Beneficial Owner Ballots, the Master Ballot Agent will file the completed Master Ballot with the Clerk of the Court by no later than the Voting Deadline.

6. You may obtain additional copies of the Joint Plan and Disclosure Statement and the Plan Procedures Order (the "**Plan Documents**") by: (a) asking for a copy from Trustee's counsel: Catherine Steege ([csteege@jenner.com](mailto:csteege@jenner.com)) and Landon Raiford ([lraiford@jenner.com](mailto:lraiford@jenner.com)); or (b) for a fee on the Court's website (http://www.eclilnb.uscourts.gov).

7. To ensure that your vote is counted, you must complete Items 1, 2, and 3 on this Ballot, and file the Ballot with the Clerk of the Court by **April 13, 2023 at 4:30 p.m. (prevailing Central Time)**. Included with this Ballot is a envelope with address for the Clerk of the Court (The Office of the Clerk, United Stated Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S Dearborn St. Chicago, IL 60604). Ballots also may be filed with the Clerk of the Court electronically. For more information on this method, please visit [www.ilnb.uscourts.gov](http://www.ilnb.uscourts.gov). **Ballots must be *received* by April 13, 2023 at 4:30 p.m. (prevailing CT) (the "Voting Deadline") or else your vote will not be counted.** Ballots not bearing an original signature will not be counted.

a. Instruction for Item 2: Cast ONE vote to accept or reject the Joint Plan by checking the proper box in Item 2. You must cast a vote for all your claims within a Class to accept or reject the Joint Plan and may not split your vote. Accordingly, a Ballot that partially accepts and partially rejects the Joint Plan will not be counted.

b. Instructions for Item 3: Your signature is required on the Ballot in order for your vote to count. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting as a fiduciary or representative capacity, you should indicate such capacity when signing and, if requested by the Plan Proponents, or the Court, must submit evidence to the requesting party that you are authorized to act on behalf of such holder. In addition, please provide your name and mailing address.

8. Delivery of a Ballot by any means other than filing the Ballot with the Clerk of the Court as set forth herein will not be accepted.

9. If a Ballot is received after the Voting Deadline, it will not be counted, unless the Plan Proponents determine otherwise.

10. This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest, an assertion of a claim or interest, or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim or interest and does not signify that your claim or interest has been or will be allowed.

11. This Ballot may not be used for any purposes other than to vote to accept or reject the Joint Plan.

12. If multiple Ballots are received by the same holder of a claim with respect to the same claims prior to the Voting Deadline, the last dated valid Ballot timely received will supersede and revoke any earlier Ballots.

13. The deadline for filing and serving motions pursuant to Bankruptcy Rule 3018(a) seeking temporary allowance of claims for the purposes of accepting or rejecting the Joint Plan is April 6, 2023.

14. If you believe you have received this Ballot in error, or if you need an additional Ballot, please immediately contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com).

15. **If you have any questions regarding this Ballot or the voting procedures, please contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com). Please also note that counsel is not authorized to provide you legal advice.**

**PLEASE SUBMIT YOUR BALLOT PROMPTLY**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | ) | Case No. 21-08123 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

CLASS 4 (HOLDERS OF JUNIOR TRuPS CLAIMS) BALLOT FOR ACCEPTING OR
REJECTING THE JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED
BY THE CHAPTER 11 TRUSTEE AND
AMERINATIONAL COMMUNITY SERVICES, LLC

**PLEASE READ CAREFULLY AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING AND RETURNING YOUR BALLOT.**

**PLEASE REVIEW CAREFULLY THE ACCOMPANYING JOINT PLAN AND DISCLOSURE STATEMENT TO DETERMINE WHETHER TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN.**

**YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME) (THE "VOTING DEADLINE") OR THE VOTE REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED, UNLESS THE PLAN PROPONENTS (THE CHAPTER 11 TRUSTEE AND AMERINATIONAL COMMUNITY SERVICES, LLC) DETERMINE OTHERWISE.**

**BALLOTS MAY BE MAILED TO: THE OFFICE OF THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, 219 S. DEARBORN ST. CHICAGO, IL 60604.**

**BALLOTS ALSO MAY BE FILED ELECTRONICALLY USING THE BANKRUPTCY COURT'S ECF ELECTRONIC FILING SYSTEM. MORE INFORMATION CAN BE FOUND AT WWW.ILNB.USCOURTS.GOV.**

**IF THE JOINT PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE BINDING ON YOU WHETHER OR NOT YOU VOTE.**

The Plan Proponents are soliciting votes with respect to the *Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC* [Dkt. 203] (as amended, modified, or supplemented from time to time, the "**Joint Plan**").

On [_____ __], 2023, the Court entered the *Order (A) Granting Interim Approval of the Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement.

Along with this Ballot, you have received a Solicitation Package consisting of (a) the Joint Plan and Disclosure Statement; (b) the Plan Procedures Order; (c) the Combined Hearing Notice; and (d) such other materials as the Court may direct. **You should review the Solicitation Package carefully before you vote. You may wish to seek legal advice concerning the Joint Plan and your classification and treatment under the Plan.**

**Your claim has been placed in Class 4 (Holders of Junior TRuPS Claims) under the Joint Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**Your Vote to Accept or Reject the Joint Plan:**

Holders of claims in Class 4 may use this Ballot to vote to accept or reject the Joint Plan. Class 4 will be deemed to have accepted the Joint Plan if of the Class 4 claim holders who actually vote, at least two-third in dollar amount and more than one-half in number, affirmatively vote to accept the Joint Plan.

## ITEM 1. AMOUNT OF CLAIM

As of the Record Date, the undersigned was the holder (or authorized signatory for such holder) of a Class 4 Claim against the Debtor in the following amount:

$ _____

## ITEM 2. VOTE ON COMBINED PLAN AND DISCLOSURE STATEMENT

The holder of the Class 4 Claim set forth in Item 1 hereby votes:

[ ] To Accept the Joint Plan
[ ] To Reject the Joint Plan

## ITEM 3. CERTIFICATION

By signing this Ballot, the undersigned certifies that:

(a) no other Ballots have been cast with respect to the Claim identified in Item 1, and that, to the extent such Ballots have been cast, such earlier Ballots are hereby revoked;

(b) the undersigned has been provided with a copy of the Joint Plan and Disclosure Statement and the Plan Procedures Order, and acknowledges that the vote set forth on this Ballot is subject to all terms and conditions set forth therein; and

(c) the undersigned is the holder of the Claim set forth in Item 1, and has full power and authority to vote to accept or reject the Joint Plan.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Joint Plan and that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned and shall not be affected by, and shall survive the death or incapacity, of the undersigned.

Name of Holder: _____

Signature: _____

Name of Signatory (if different than Holder) _____

Title (if applicable): _____

Social Security or Federal Tax I.D. _____

Street Address: _____

City, State & Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest or an assertion of a claim or interest; or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim and does not signify that your claim has been or will be allowed.

**REMINDER: YOUR BALLOT MUST BE FILED WITH THE CLERK OF THE COURT ON OR BEFORE APRIL 13, 2023 AT 4:30 P.M. (PREVAILING CENTRAL TIME). IF YOUR BALLOT IS NOT FILED BY THE DATE, IT WILL NOT BE CONSIDERED FOR VOTING PURPOSES UNLESS THE PLAN PROPONENTS IN THEIR DISCRETION DETERMINE OTHERWISE.**

BALLOTS SUBMITTED BY A MEANS OTHER THAN A FILING WITH THE CLERK OF THE COURT WILL NOT BE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE AND WILL NOT BE ACCEPTED. DO NOT MAIL, E-MAIL OR FAX YOUR BALLOT TO THE PLAN PROPONENTS OR THEIR COUNSEL.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE JOINT PLAN OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE JOINT PLAN OR DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE CHAPTER 11 TRUSTEE'S COUNSEL (CATHERINE STEEGE (CSTEEGE@JENNER.COM) AND LANDON RAIFORD (LRAIFORD@JENNER.COM). PLEASE NOTE TRUSTEE'S COUNSEL IS NOT PERMITTED TO PROVIDE YOU LEGAL ADVICE.

# INSTRUCTIONS FOR COMPLETING THE BALLOT

**THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE ATTACHED BALLOT. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY TO ENSURE THAT YOUR BALLOT WILL BE COUNTED.**

1. The Plan Proponents are soliciting the vote of Holders in Class 4 Junior TRuPS Claims as of the Voting Record Date, as applicable, to accept or reject the Joint Plan. The Plan Proponents have sent the attached Ballot to you because your filed proof of claim indicates that you are a Holder of a Claim in Class 4.

2. The Court may confirm the Joint Plan and thereby bind you to the terms of the Joint Plan. Please review the Joint Plan for more information regarding the effect of Confirmation of the Joint Plan.

3. You may obtain additional copies of the Joint Plan and Disclosure Statement and the Plan Procedures Order (the "**Plan Documents**") by: (a) asking for a copy from Trustee's counsel: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); or (b) for a fee on the Court's website (http://www.eclilnb.uscourts.gov).

4. To ensure that your vote is counted, you must complete Items 1, 2, and 3 on this Ballot, and file the Ballot with the Clerk of the Court by **April 13, 2023 at 4:30 p.m. (prevailing Central Time)**. Included with this Ballot is a envelope with address for the Clerk of the Court (The Office of the Clerk, United Stated Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S Dearborn St. Chicago, IL 60604). Ballots also may be filed with the Clerk of the Court electronically. For more information on this method, please visit www.ilnb.uscourts.gov. **Ballots must be *received* by April 13, 2023 at 4:30 p.m. (prevailing CT) (the "Voting Deadline") or else your vote will not be counted.** Ballots not bearing an original signature will not be counted.

   a. Instruction for Item 2: Cast ONE vote to accept or reject the Joint Plan by checking the proper box in Item 2. You must cast a vote for all your claims within a Class to accept or reject the Joint Plan and may not split your vote. Accordingly, a Ballot that partially accepts and partially rejects the Joint Plan will not be counted.

   b. Instructions for Item 3: Your signature is required on the Ballot in order for your vote to count. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting as a fiduciary or representative capacity, you should indicate such capacity when signing and, if requested by the Plan Proponents, or the Court, must submit evidence to the requesting party that you are authorized to act on behalf of such holder. In addition, please provide your name and mailing address.

5. Delivery of a Ballot by any means other than filing the Ballot with the Clerk of the Court as set forth herein will not be accepted.

6. If a Ballot is received after the Voting Deadline, it will not be counted, unless the Plan Proponents determine otherwise.

7. This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest, an assertion of a claim or interest, or (b) an admission by the Plan Proponents of the nature, validity, or amount of any claim or interest and does not signify that your claim or interest has been or will be allowed.

8. This Ballot may not be used for any purposes other than to vote to accept or reject the Joint Plan.

9. If multiple Ballots are received by the same holder of a claim with respect to the same claims prior to the Voting Deadline, the last dated valid Ballot timely received will supersede and revoke any earlier Ballots.

10. The deadline for filing and serving motions pursuant to Bankruptcy Rule 3018(a) seeking temporary allowance of claims for the purposes of accepting or rejecting the Joint Plan is April 6, 2023.

11. If you believe you have received this Ballot in error, or if you need an additional Ballot, please immediately contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com).

12. **If you have any questions regarding this Ballot or the voting procedures, please contact counsel for the Chapter 11 Trustee: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com). Please also note that counsel is not authorized to provide you legal advice.**

**PLEASE SUBMIT YOUR BALLOT PROMPTLY**