# EXHIBIT 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | ) ) ) | Case No. 21-08123 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF NON-VOTING STATUS

**PLEASE TAKE NOTICE THAT** on [ ], 2023, the United States Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**") entered the *Order (A) Granting Interim Approval of the Disclosure Statement; (B) Scheduling Final Hearing to Consider and Approve Disclosure Statement and Related Joint Chapter 11 Plan of Reorganization Proposed by the Chapter 11 Trustee and AmeriNational Community Services, LLC; and (C) Authorizing the Distribution of the Disclosure Statement and Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan; (D) Approving Notice of the Confirmation Hearing; (E) Approving the Form of Ballot and Solicitation Package; and (F) Approving the Notice Provisions* [Dkt. __] (the "**Plan Procedures Order**"). Among other things, the Plan Procedures Order approved, on an interim basis for Joint Plan solicitation purposes, the Disclosure Statement and authorized the Plan Proponents (the Chapter 11 Trustee and AmeriNational Community Services, LLC) to solicit votes with regard to the acceptance or rejection of the Joint Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Joint Plan, the Disclosure Statement, the Plan Procedures Order, and other documents and materials included in the Solicitation Package may be obtained (a) at no charge from the Chapter 11 Trustee's counsel: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); or (b) for a fee on the Court's website (http://www.eclilnb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this notice because under the terms of the Joint Plan and the applicable provisions of the Bankruptcy Code, you are not a holder of claim(s) or interest(s) in the Debtor entitled to vote to approve or reject the Joint Plan. Accordingly, this notice and the Plan Procedures Order are being sent to you for informational purposes only.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court shall hold a Combined Hearing to consider the adequacy of the Disclosure Statement and whether to confirm the Joint Plan at **April 27, 2023 at 10:30 a.m. (prevailing Central Time)**. The Combined Hearing may be continued from time to time without further notice other than the announcement by the Plan Proponents in open court of the adjourned date(s) at the Combined Hearing or any continued hearing. The Plan Proponents may modify the Joint Plan, if necessary prior to, during, or as a result of the Combined Hearing in accordance with the terms of the Joint Plan without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** the Court has established **April 13, 2023** as the deadline for filing and serving objection to the adequacy of the Disclosure Statement or the confirmability of the Joint Plan (the "**Objection Deadline**"). Any objection to adequacy or confirmation of the Combined Plan and Disclosure Statement must be in writing, must conform to the Bankruptcy Rules, including the Local Rules, must set forth the name, address, phone number and email of the objector, the nature and amount of claims or interests held or asserted by the objector against the Debtor, the basis for the objection and the specific grounds of the objection, and must be filed with the Bankruptcy Court, and served so as to be actually received by no later than the Objection Deadline upon: (i) counsel to the Chapter 11 Trustee: Jenner & Block LLP, 353 N. Clark St. Chicago, IL 60654, Attn: Catherine Steege (csteege@jenner.com) and Landon Raiford (lraiford@jenner.com); (ii) counsel to AmeriNational Community Services, LLC: Faegre Drinker Biddle & Reath LLP, 300 N. Meridan St., Indianapolis, IN, 46204, Attn: Jay Jaffe (jay.jaffe@faegredrinker.com), and Elizabeth Little (elizabeth.little@faegredrinker.com); and (iii) Office of the United States Trustee for the Northern District of Illinois (ustpregion11.es.ecf@usdoj.gov).

Dated: [ ], 2023

| | |
|---|---|
| Catherine L. Steege | Jay Jaffe |
| Landon S. Raiford | Elizabeth Little |
| William A. Williams | FAEGRE DRINKER BIDDLE & REATH LLP |
| JENNER & BLOCK LLP | |
| 353 N. Clark Street | 300 N. Meridian Street |
| Chicago, Illinois 60654 | Indianapolis, Indiana 46204 |
| (312) 222-9350 | (317) 569-9600 |
| csteege@jenner.com | jay.jaffe@faegredrinker.com |
| lraiford@jenner.com | elizabeth.little@faegredrinker.com |
| | |
| *Counsel for Chapter 11 Trustee* | *Counsel for AmeriNational Community Services, LLC* |