UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 21-08123 |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC. | ) ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE CHAPTER 11 TRUSTEE AND AMERINATIONAL COMMUNITY SERVICES, LLC**

The Amended Joint Chapter 11 Plan or Reorganization [Dkt. 232, the "Plan"] filed by Catherine Steege, as chapter 11 Trustee for Northwest Bancorporation of Illinois, Inc. (the "Trustee") and AmeriNational Community Services LLC ("AmeriNat" and together with the Trustee, the "Plan Proponents"), as modified by Dkt. 244 (the "Plan Supplement") and by this Order, having been transmitted to creditors and equity security holders together with a copy of the Disclosure Statement [Dkt. 233, the "Disclosure Statement"] conditionally approved by the court on February 23, 2023 [Dkt. 226]; and

It having been determined after hearing on notice that the requirements for final approval of the Disclosure Statement have been satisfied, and it having been determined after a hearing on notice that the requirements for confirmation of the Plan under 11 U.S.C. § 1129 have been satisfied;

IT IS ORDERED for the reasons stated on the record that:
1. The Disclosure Statement filed by the Plan Proponents is approved on a final basis.
2. The Plan is amended as follows:
   a. Article I.A. is amended to include the following definitions:

"Consulting Parties" means AmeriNat and Robert Hershenhorn.

"Closing Date" means the date that is five (5) days following the Regulatory Approval Date, but in any event the Closing Date shall be no later than a date that is one hundred and seventy (170) days after May 15, 2023.

"Exculpated Claim" means any Claim, except one arising from actual fraud, willful misconduct or gross negligence, related to any post-petition act taken or omitted to be taken in connection with, relating to, or arising out of the Chapter 11 Case, the formulation, preparation, dissemination, negotiation, or filing of the Disclosure Statement or the Amended Plan, or any contract, instrument, release, or other agreement or document created or entered into in connection with the Disclosure Statement or the Amended Plan, the preparation, filing or administration of the Chapter 11 Case, the pursuit of Confirmation, the pursuit of the approval of the Regulators for Reorganization or Sale Transaction, and the administration and implementation of the Amended Plan, including the Distribution of property under the Amended Plan or any other agreement.

"Final Qualified Bid Deadline" means 3 p.m. prevailing Central Time on the date that is sixty (60) days after May 15, 2023.

"Initial Qualified Bid Deadline" means 3 p.m. prevailing Central Time on the date that is forty-five (45) days after May 15, 2023.

"Market Testing Transaction" means the transaction described in amended Article IV, A.(1).

"Market Testing Minimum Price" means a minimum net recovery to the Estate of the greater of (i) Thirty Million ($30,000,000.00) Dollars, and (ii) all Allowed Claims, including, without limitation, post-petition interest and fees owing in respect of the Senior TruPS and Junior TruPS and all Administrative Claims accrued during the bankruptcy case.

"Qualified Bid" means a bid for 100% of the equity Interests in First Bank that satisfies the requirements of amended Article IV, A.(1).

"Regulatory Approval Date" means the date that is sixty (60) days following the date on which the Winning Bidder receives notification that its application for regulatory approval is "substantially complete", but in any event the Regulatory Approval Date shall be no later than a date that is one hundred and sixty five (165) days after May 15, 2023.

"Winning Bid" means the Qualified Bid selected by the Trustee in connection with a Market Testing Transaction.

"Winning Bidder" means the Person making the Winning Bid.

      b.      Article III is amended to include a new paragraph E:

E.    In the event that the Market Testing Transaction is consummated, on the Effective Date the distributions to the Holders of Allowed Claims or Interests in Classes 1-5 shall be made as if the Sale Transaction had been consummated. The Allowed Claims of the Holders of Class 2, 3, and 4 Claims shall be entitled to recover all post-petition interest and fees at the contract rate before any payment to the Holder of the Class 5 Interests.

      c.      Article IV is amended to include a new paragraph A.(1):

A.(1)  Prior to the consummation of the Reorganization Transaction, the Trustee will engage in the Market Testing Transaction to determine if a higher and better offer for 100% of the Interests in First Bank than that reflected in the Reorganization Transaction can be realized. For the avoidance of doubt under the Market Testing Transaction, all Allowed Claims shall include post-petition interest and fees owing in respect of the Senior TruPS and Junior TruPS. If the Market Testing Transaction is consummated, pursuant to 11 U.S.C. §363(f), the sale of 100% of the Debtor's equity Interests shall be free and clear of any liens, claims, or interests in the Debtor's Interests in First Bank. That market testing process shall be conducted in accordance with the following procedures:

    1.    On or before the Initial Qualified Bid Deadline, any Person wanting to purchase 100% of the equity Interests in First Bank may submit a Qualified Bid to the Trustee (attn: Catherine Steege and Landon Raiford, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, csteege@jenner.com, lraiford@jenner.com) so that it is received by the Initial Qualified Bid Deadline. In the event that no Qualified Bid is received, the Plan Proponents shall begin implementation of the Reorganization Transaction.

2. A bid shall only be a Qualified Bid at the Initial Qualified Bid Deadline if it meets the following requirements:

a. The bid includes a form of Stock Purchase Agreement. The Stock Purchase Agreement must satisfy the following criteria: (1) the proposed purchase price must be at a minimum the Market Testing Minimum Price and must be paid in full at cash on the Closing Date; provided, however, if the bidder offers an amount in excess of the Market Testing Minimum Price, the bidder may propose to pay the amount in excess of the Market Testing Minimum Price over time; (2) the closing may not be subject to any contingencies of any nature whatsoever, including but not limited to due diligence or financing contingencies, but may include a contingency based on regulatory approval; (3) the Stock Purchase Agreement must be for the purchase of the Debtor's equity Interests in First Bank; and (4) the deadlines set forth in this Article IV, A.(1) must be included in the Stock Purchase Agreement. The Trustee shall have in her sole and absolute discretion, after consultation with the Consulting Parties, the right to approve additional provisions to be included in the Stock Purchase Agreement. Notwithstanding the foregoing, the Trustee shall have no discretion to modify Stock Purchase Agreement to: (a) include any conditions to closing other than regulatory approval; (b) alter the Market Testing Minimum Price or the requirement that the Market Testing Minimum Price must be a cash offer paid on the Closing Date; or (c) change the deadlines set forth in this Article VI. A.(1).

b. The bidder shall include evidence satisfactory to the Trustee that such bidder has the wherewithal and financial ability to consummate its bid, the pro forma regulatory ratios that the bidder proposes to maintain or achieve to obtain regulatory approval, and any other assurance necessary to obtain regulatory approval of the sale in accordance with the bid.

3. The Trustee in her sole and absolute discretion, after consultation with the Consulting Parties, shall determine whether any bids that are received by the Initial Bid Deadline are Qualified Bids. Following the Initial Qualified Bid Deadline, the Trustee will negotiate with any bidders who have submitted a Qualified Bid to finalize the terms of their proposed Stock Purchase Agreements.

4. On or before the Final Qualified Bid Deadline, each bidder that submitted a Qualified Bid by the Initial Qualified Bid Deadline may submit its final Qualified Bid to the Trustee (attn: Catherine Steege and Landon Raiford, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, csteege@jenner.com, lraiford@jenner.com) so that it is received by the Final Qualified Bid Deadline. In addition to the requirements set forth in this Article IV, A.(1), a certified or cashier's check or a wire transfer of Two Million Dollars ($2,000,000.00) (the "Deposit") shall be delivered with the bid and, if the bidder becomes the Winning Bidder the deposit shall be nonrefundable except as set forth below. The Deposit will be returned to any bidder that is not a Winning Bidder no later than five (5) business days after the Trustee selects another bid as the Winning Bid.

5. In the event that no Qualified Bid is received by the Final Qualified Bid Deadline, the Plan Proponents shall begin implementation of the Reorganization Transaction. If only one Qualified Bid is received, that bid shall be the Winning Bid. If more than one Qualified Bid is received, the Trustee will determine in her sole and absolute discretion which bid is the highest and best bid and will identify a Winning Bidder on or before the end of the day of the Qualified Bid Deadline, after consulting with the Consulting Parties.

6. Within forty-five (45) days of being declared the Winning Bidder, which will be one-hundred and five (105) days following May 15, 2022, the Winning Bidder must provide the Trustee evidence

that the Federal Reserve Board, the FDIC, the State of Illinois, Illinois Department of Financial and Professional Regulations, and any other regulatory agencies, as required, have deemed the Winning Bidder's regulatory application "substantially complete." If the Winning Bidder fails to satisfy this condition for any reason, the Winning Bidder's Deposit is forfeited. In the event the Winning Bidder fails to satisfy this condition, the Plan Proponents shall begin implementation of the Reorganization Transaction.

    7.    If a Winning Bidder is declared, the Winning Bidder must obtain regulatory approval for its purchase of the Debtor's Interests in First Bank by the Regulatory Approval Date and the closing of the sale must occur no later than the Closing Date. If regulatory approval does not occur by the Regulatory Approval Date or the Closing does not occur by the Closing Date, the Plan Proponents shall begin implementation of the Reorganization Transaction. If the Winning Bidder fails to close by the Closing Date because the Regulators failed to approve the Winning Bidder's application despite the Winning Bidder's good faith efforts to obtain such regulatory approval, the Trustee shall return the Winning Bidder's Deposit. The failure to close for any other reason results in a forfeiture of the Winning Bidder's Deposit. Notwithstanding the foregoing, the Trustee may, in her sole and absolute discretion, but after consultation with the Consulting Parties, elect to extend the deadlines for the Regulatory Approval Date or the Closing Date.

    d.    Article IX is amended to include a new paragraph E:

    E.  Conditions Precedent to the Effective Date for the Market Testing Transaction. The conditions to the Effective Date for the Market Testing Transaction shall be those contained in Article IX, A.1., 2., 6 and 7 provided, further that those matters which must be acceptable to the Plan Proponents need only be acceptable to the Trustee.

    3.    The Trustee is the party conducting the Market Testing Transaction. First Bank and any of its employees, directors, officers, agents, attorneys, accountants, investment bankers, or any other Person acting on its behalf or at its direction, including Robert Hershenhorn, whether acting in such capacity for First Bank, themselves, or for the Debtor (collectively "First Bank Parties"), are ordered to immediately notify the Trustee if they receive any inquiries regarding the Market Testing Transaction. If the First Bank Parties solicit participation in the Market Testing Transaction, they shall provide the Trustee notification of the parties so solicited at the time such solicitation is made. The First Bank Parties shall include the Trustee on all email and other written communications with, on the one hand, the First Bank Parties and, on the other hand, any potential bidders, bidders, a bidder making a Qualified Bid or a Winning Bidder. In the event that the First Bank Parties meet either in person or telephonically or through video with any potential bidders, bidders, a bidder making a Qualified Bid or a Winning Bidder, they shall include the Trustee in such communications.

    4.    First Bank shall provide all information requested by any potential bidders, bidders, Persons submitting Qualified Bids or the Winning Bidder within two business days of such request (subject to any appropriate Non-Disclosure Agreement as determined by the Trustee) and to the extent that any such request is made directing to a First Bank Party, shall inform the Trustee of all such requests immediately upon receipt and before providing any requested information.

    5.    The Plan, attached hereto as Exhibit 2, is confirmed as modified by this Order.

6.    In the event the Reorganization Transaction is consummated, (i) the TruPS Amendments will become immediately effective as of the Effective Date; (ii) the TruPS Trustees and the Trustee will

execute the TruPS Amendments; and (iii) the TruPS Documents, as amended by the TruPS Amendments, will govern for all purposes after the Effective Date.

7. Notwithstanding anything contained in the Plan to the contrary, on the Confirmation Date and effective as of the Effective Date and to the fullest extent authorized by applicable law, all Entities who have held, hold, or may hold Claims or Interests that have been released pursuant to the Amended Plan, compromised and settled pursuant to the Amended Plan, or are exculpated pursuant to the Amended Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, against the Debtor, First Bank, the Reorganized Debtor, the Trustee, or the Exculpated Parties, or their respective property (collectively, the "Enjoined Actions"): (1) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such released, compromised, settled, or Exculpated Claim or Interest; (2) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such released, compromised, settled, or Exculpated Claims or Interests; (3) creating, perfecting, or enforcing any encumbrance of any kind against such Entities or the property or the Estate of such Entities on account of or in connection with or with respect to any such released, compromised, settled, or Exculpated Claims or Interests; (4) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such entities on account of or in connection with or with respect to any such released, compromised, settled, or exculpated Claims or Interests unless such entity has timely filed a Proof of Claim with the Bankruptcy Court preserving such right of setoff, subrogation, or recoupment; and (5) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such released, compromised, settled, or Exculpated Claims or Interests; provided that the foregoing injunction does not enjoin any actions to enforce obligations arising on or after the Effective Date under the Amended Plan or any document, instrument, or agreement executed to implement the Amended Plan.

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 12, 2023

**Prepared by:**
Catherine Steege
Landon Raiford Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654