# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In re: Northwest Bancorporation of Illinois, Inc.  §  Case No. 21-08123
§
§
Debtor(s)  §  ☐ Jointly Administered

# Post-confirmation Report                                                         Chapter 11

Quarter Ending Date: 12/31/2024                                    Petition Date: 07/02/2021

Plan Confirmed Date: 05/12/2023                                   Plan Effective Date: 10/01/2024

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s Catherine Steege                                           Catherine Steege, as Chapter 11 Trustee
Signature of Responsible Party                                Printed Name of Responsible Party

02/12/2025
Date                                                          Jenner & Block LLP
                                                              353 N. Clark St., Chicago, IL 60654
                                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                          1

Debtor's Name Northwest Bancorporation of Illinois, Inc.     Case No. 21-08123

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $2,780,194 | $2,780,194 |
| b. Non-cash securities transferred | $18,000,000 | $18,000,000 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $20,780,194 | $20,780,194 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $1,140,200 | $1,516,325 | $1,516,294 | $1,516,294 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Jenner & Block LLP | Lead Counsel | $1,140,200 | $1,140,200 | $1,140,200 | $1,140,200 |
| Delete iii | Amundsen Davis, LLC | Other | $0 | $34,412 | $34,412 | $34,412 |
| Delete v | Jeffrey D. Sternklar LLC | Other | $0 | $145,160 | $145,160 | $145,160 |
| Delete vi | Taft Stettinius & Hollister LLP | Other | $0 | $196,552 | $196,522 | $196,522 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,753,823 | $2,753,823 | $2,753,823 | $2,753,823 | 100% |
| b. Secured claims | | | | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $26,371 | $26,371 | $26,371 | $26,371 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?     Yes ● No ○

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ● No ○

| Debtor's Name | Northwest Bancorporation of Illinois, Inc. | Case No. | 21-08123 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s Catherine Steege | Catherine Steege, Chapter 11 Trustee |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 02/12/2025 |
| Title | Date |

UST Form 11-PCR (12/01/2021)   3